No. 14–0744/NA. U.S. v. Allyssa K. Simmermacher. CCA 201300129. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to August 14, 2014.

Tuesday, July 29, 2014

No. 14–0558/AR. U.S. v. Aaron D. Amaya. CCA 20120406. Review granted on the following issue:

> WHETHER THE MILITARY JUDGE ABUSED HIS DISCRETION BY ACCEPTING APPELLANT'S PLEA WHEN HE IGNORED THE ULTI-MATE OFFENSE DOCTRINE AND FOUND APPELLANT GUILTY OF DISOBEYING A LAWFUL ORDER OF A SUPERIOR COMMISSIONED OFFICER.

No briefs will be filed under Rule 25.

No. 13–7001/AR. U.S. v. Hasan K. Akbar. CCA 20050514. Appellant's *second* motion for additional time to respond to the motion to withdraw as counsel granted, *up to and including August 11, 2014,* and any additional requests for time must contain good cause as to counsel's inability to meet with the Appellant.

No. 14–0577/AR. U.S. v. George R. Bushey III. CCA 20121052. Appellee's motion to file a ten-day answer letter out of time is denied.

No. 14–0606/AF. U.S. v. Alan J. Lindgren. CCA 38299. Appellant's motion to attach documents is granted.